IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| GAYLA JOY AYERS, § § § **Plaintiff,** § § v. § § COMMISSIONER, SOCIAL SECURITY § ADMINISTRATION, § § § **Defendant.** | CIVIL ACTION NO. 6:16-CV-00284-RC JUDGE CLARK |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

On April 5, 2016, Plaintiff initiated the above entitled and numbered civil action pursuant to the Social Security Act, Section 205(g) for judicial review of the Commissioner's denial of Plaintiff's application for Social Security benefits. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On December 6, 2017, the Magistrate Judge issued a Report and Recommendation ("Report") concluding that the decision of the Commissioner should be affirmed and the action be dismissed with prejudice. Docket No. 25. No objections have been filed. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly **ORDERED** that the decision of the Commissioner is **AFFIRMED** and Plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE**.

**So Ordered and Signed**
**Jan 4, 2018**

_____
Ron Clark, United States District Judge